# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **22–10743 – MCR**   Chapter: **13**

**Markeeta Nicole Barnes**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 11/20/23.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 11/20/23

                                            Mark A. Neal, Clerk of Court
                                            by Deputy Clerk, Laurie Arter
                                            301–344–3327

Form ntcdsm